UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARK D. KAISER, as Power of Attorney for KATHRYN KAISER,**

    **Plaintiff,**

vs.                                                                                  Case No. 8:17-cv-1929-T-27AAS

**METROPOLITAN LIFE INSURANCE COMPANY,**

    **Defendant.**
_____/

**<u>ORDER</u>**

    **BEFORE THE COURT** is Joint Stipulation for Dismissal with Prejudice (Dkt. 22). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All pending motions are **DENIED** *as moot*. The Clerk is directed to **CLOSE** the file.

    **DONE AND ORDERED** this 4th day of September, 2018.

*/s/ James D. Whittemore*

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Counsel of Record